# THE LAW OFFICES OF TONY MCDONALD

ACCEPTED
15-25-00122-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/7/2025 1:24 PM
CHRISTOPHER A. PRINE
CLERK

1308 Ranchers Legacy Trail
Fort Worth, TX 76126

Tony McDonald
Principal
Connor Ellington
Senior Associate

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/7/2025 1:24:32 PM
CHRISTOPHER A. PRINE
Clerk

Office: (512) 200-3608
Mobile: (512) 923-6893
Email: tony@tonymcdonald.com
connor@tonymcdonald.com

October 7, 2025

***VIA EFILE***

Christopher A. Prine, Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

RE: Court of Appeals Number: 15-25-00122-CV
    Trial Court Case Number: DC-24-14434

Style: State of Texas, Maxx Juusola, Tracy Martin, and Alan Crider v. City of Dallas,
    Kimberly Bizor Tolbert, in her official capacity as the Interim City Manager for the
    City of Dallas and the State Fair of Texas

Dear Mr. Prine:

We write to acknowledge receipt of the Court's September 30, 2025 letter regarding the briefing schedule in the above-referenced appeal.

Appellants Maxx Juusola, Tracy Martin, and Alan Crider have communicated with counsel for the State of Texas and intend to rely on the State's briefing in this matter, based on discussions with the State. Appellants do not intend to file a separate appellants' brief or to assert any appellant arguments separate and apart from those advanced by the State of Texas in its brief.

Please do not hesitate to contact our office if the Court requires any further information or action in light of this clarification.

Respectfully,

Connor L. Ellington
Counsel for Appellants, Maxx Juusola,
Tracy Martin, and Alan Crider

1

**Certificate of Service**

I hereby certify that on October 7, 2025, a true and correct copy of the above and foregoing has been e-filed and e-served via Texas e-File to all counsel of record for Appellee.

/s/ Connor L. Ellington
Connor L. Ellington
Counsel for Appellants

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Connor Ellington on behalf of Connor Ellington
Bar No. 24128592
connor@tonymcdonald.com
Envelope ID: 106546292
Filing Code Description: Letter
Filing Description: Appellants' Letter to the Court Clerk
Status as of 10/7/2025 1:34 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph AIrrobali | | airrobali@tillotsonlaw.com | 10/7/2025 1:24:32 PM | SENT |
| Bryan Neal | 788106 | Bryan.Neal@hklaw.com | 10/7/2025 1:24:32 PM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 10/7/2025 1:24:32 PM | SENT |
| Melissa Juarez | | melissa.juarez@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 10/7/2025 1:24:32 PM | SENT |
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 10/7/2025 1:24:32 PM | SENT |
| Ernest Garcia | | ernest.garcia@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| Nathaniel Buchheit | | nbuchheit@tillotsonlaw.com | 10/7/2025 1:24:32 PM | SENT |
| Megan Coker | | mcoker@tillotsonlaw.com | 10/7/2025 1:24:32 PM | SENT |
| Steven Ogle | | Steven.Ogle@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| Anne Johnson | | ajohnson@tillotsonlaw.com | 10/7/2025 1:24:32 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 10/7/2025 1:24:32 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 10/7/2025 1:24:32 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 10/7/2025 1:24:32 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 10/7/2025 1:24:32 PM | SENT |
| Holly Dudrick | | holly.dudrick@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| William Cole | | William.Cole@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| William Peterson | | William.Peterson@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| Bryan Neal | | bryan.neal@hklaw.com | 10/7/2025 1:24:32 PM | SENT |
| Robert  B.Smith | | Robert@Smith-Firm.com | 10/7/2025 1:24:32 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Connor Ellington on behalf of Connor Ellington
Bar No. 24128592
connor@tonymcdonald.com
Envelope ID: 106546292
Filing Code Description: Letter
Filing Description: Appellants' Letter to the Court Clerk
Status as of 10/7/2025 1:34 PM CST

Case Contacts

| Robert B.Smith | | Robert@Smith-Firm.com | 10/7/2025 1:24:32 PM | SENT |
|---|---|---|---|---|
| Tony McDonald | | Tony@tonymcdonald.com | 10/7/2025 1:24:32 PM | SENT |
| Jeffrey Tillotson | 20039200 | jtillotson@tillotsonlaw.com | 10/7/2025 1:24:32 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 10/7/2025 1:24:32 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 10/7/2025 1:24:32 PM | SENT |